JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/5/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMADOR JACOBO,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>P & THY INVESTMENT CORPORATION, INC. d/b/a ARCO AM/PM TORRANCE; and DOES 1 through 10,<br><br>　　　Defendants. | **Case No.:** 2:17-cv-3458 MWF (JEMx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 08, 2017<br>Trial Date:　　　None |

　　Based on the stipulation of the parties and for good cause shown:

　　IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, each side to bear their own fees and costs.

DATED: _October 5, 2017_　　　　　　　　_/s/ Michael W. Fitzgerald_
　　　　　　　　　　　　　　　　　　　United States District Court Judge

1
ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE